UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN RODRIGUEZ, | ) | CIVIL ACTION NO. 4:22-CV-1735 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Defendant's Motion to Dismiss Plaintiff's FTCA claim for lack of jurisdiction (Doc. 16) is GRANTED.

(2) Plaintiff is given leave to file an amended complaint on or before **October 28, 2024**.

(3) If no second amended complaint is received by this deadline, the Court will dismiss this action and close the case without further notice to the parties.

Date: September 27, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge